# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DART INDUSTRIES, INC.,**
        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1864-Orl-28DAB**

**DAVID ACOR,**
**UNITED INVENTORY SERVICE, INC.,**
**d/b/a UIS Polymers,**
        **Defendants.**
_____/

# ORDER

This case is before the Court on Defendants' Motion for Attorney's Fees and Costs (Doc. No. 227) filed January 7, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 11, 2010 (Doc. No. 233) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendants' Motion for Attorney's Fees and Costs (Doc. No. 227) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party